

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Ricky Lance Miller, individually and as trustee for the Nannie Lou Miller Family Trust, et al.,

Vs. No. 11-16-00030-CV

Patricia Miller Laughlin, individually and as trustee for the Nannie Lou Miller Trust, and Tonya Miller, individually and as independent executrix of the Estate of Gary Bruce Miller, deceased.

\* From the 39th District Court of Haskell County Trial Court No. 11,977-A.

\* June 14, 2018

\* Per Curiam Memorandum Opinion (Panel consists of: Willson, J., Bailey, J., and Wright, S.C.J., sitting by assignment)

This court has considered Appellants' motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.